UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACKENDY CALICE,<br>   Plaintiff,<br><br>  v.<br><br>SOMERSET POLICE DEPARTMENT,<br>   Defendant. | )<br>)<br>)<br>)  C.A. No. 19-10255-LTS<br>)<br>)<br>)<br>) |

## **PROCEDURAL ORDER**

  Plaintiff has filed a self-prepared complaint, but has not paid the $350.00 filing fee and the $50.00 administrative fee, see 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, see 28 U.S.C. § 1915 (proceedings in forma pauperis).

  Accordingly, plaintiff must either (1) pay the $400.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee. Failure of plaintiff to comply with this directive **by April 17, 2019** may result in the dismissal of this action.

  If plaintiff elects to seek in forma pauperis status, plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. See 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed in forma pauperis. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

  SO ORDERED.


 3/26/2019           /s/ Leo T. Sorokin
DATE              UNITED STATES DISTRICT JUDGE