UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| MACKENDY CALICE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-10255-LTS |
| SOMERSET POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

ORDER

June 24, 2019

SOROKIN, D.J.

On February 8, 2019, pro se litigant Mackendy Calice filed a complaint [ECF #1] in which he alleges that the Somerset Police Department wrongfully charged him of a crime. He also claims that the criminal charge caused him to be placed in immigration detention.

In a May 13, 2019 memorandum and order [ECF # 6], the Court denied without prejudice Calice's motion for leave to proceed in forma pauperis and held that the complaint failed to state a claim upon which relief could be granted. The Court ordered Calice to resolve the filing fee and file an amended complaint no later than June 17, 2019. The Court warned Calice that failure to comply with the order could result in dismissal of the action.

The June 17, 2019 deadline has passed without any response from Calice. Accordingly, for the reasons set forth in the Court's May 13, 2019 memorandum and order, the Court orders that this action be DISMISSED.

SO ORDERED.

    /s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE